IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:20-CR-042-H-BU |
| RONNIE LANDIS | |

# INFORMATION

The United States Attorney Charges:

### Count One
### Theft of Public Money
### (Violation of 18 U.S.C. § 641)

From on or about February 15, 2019, and continuing to on or about November 18, 2019, in the Abilene Division of the Northern District of Texas, and elsewhere, in a matter within the jurisdiction of an agency of the United States, the United States Department of Justice, defendant **Ronnie Landis (Landis)**, being a public official, that is, the General Automotive Worker Foreman, at the Federal Correctional Institution Big Spring (FCI Big Spring), located in Big Spring, Texas, a correctional facility under contract with a Federal Agency, the Federal Bureau of Prisons (FBOP), and operated by the Management & Training Corporation (MTC), in which persons are held in custody by direction of and pursuant to the contract with the FBOP, United States Department of Justice, did knowingly and willfully embezzle, steal, purloin, and without authority convert to his own use and the use of another, property and a thing of value of the United

States, to wit: Six (6) BF Goodrich Rugged All-Terrain LT275/70R18 125R Tires (BF Goodrich Tires) and a John Deere Gator (Gator), Serial Number W004X2X074245, the same being of a value of more than $1,000, for as the defendant then well knew, he was not entitled to the property and thing of value of the United States.

In violation of Title 18, United States Code, Sections 641 and 2.


ERIN NEALY COX
UNITED STATES ATTORNEY

_____
PAULINA M. JACOBO
Assistant United States Attorney
Texas State Bar No. 10516700
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7351
Facsimile:  806-472-7394
Email:      paulina.jacobo@usdoj.gov